```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
  UNITED STATES OF AMERICA           :
                                     :
            - v. -                   :       INDICTMENT
                                     :
  JEROME JACKSON,                    :       18 Cr. ____
                                     :
                         Defendant.  :       18 CRIM 760
                                     :
- - - - - - - - - - - - - - - - - - x        JUDGE CASTEL
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 18 2018

## COUNT ONE

The Grand Jury charges:

1. On or about September 26, 2018, in the Southern District of New York, JEROME JACKSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, three .380 caliber shell casings, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____        _____
FOREPERSON                              GEOFFREY S. BERMAN
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**JEROME JACKSON,**

Defendant.

**INDICTMENT**

18 Cr.

(18 U.S.C. § 922(g)(1).)

GEOFFREY S. BERMAN
United States Attorney.

Foreperson.

10/18/18 Filed Indictment
Case assigned to Judge Castel    USMJ Gorenstein  MG